IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Bryan Ludwig, | No. CV-12-722-PHX-ROS |
| Plaintiff, | **ORDER** |
| vs. | |
| Commercial Recovery Systems, Inc., | |
| Defendant. | |

The parties have jointly requested their settlement agreement be placed under seal. Good cause appearing,

**IT IS ORDERED** the Motion to Seal (Doc. 20) is **GRANTED**.

DATED this 24th day of July, 2012.

Roslyn O. Silver
Chief United States District Judge